# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ERIK ZONARS,**

      **Petitioner,**

   v.                                   **CASE NO. 2:15-CV-2933**
                                           **JUDGE GEORGE C. SMITH**
**WARDEN, ROSS CORRECTIONAL**        **MAGISTRATE JUDGE KEMP**
**INSTITUTION,**

      **Respondent.**

## OPINION AND ORDER

On February 28, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied and that this action be dismissed. (ECF No. 7.)  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 7) is **ADOPTED** and **AFFIRMED.** Respondent's *Motion to Dismiss* (ECF No. 6) is **GRANTED.**  This action is hereby **DISMISSED.**

       **IT IS SO ORDERED.**

                                         *s/ George C. Smith*
                                         **GEORGE C. SMITH, JUDGE**
                                         **UNITED STATES DISTRICT COURT**